THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL EDWARD JACKSON, | CASE NO. C16-0902-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court received a letter from Petitioner Michael Edward Jackson dated September 10, 2017. Pursuant to Local Civil Rule 83.2(b)(5), "when a party is represented by an attorney of record in a case, the party cannot appear or act on his or her own behalf in that case." Petitioner is represented by counsel in this case. Thus, in compliance with the Local Civil Rules, the Court DIRECTS the Clerk to return the letter to Petitioner.

DATED this 15th day of September 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C16-0902-JCC
PAGE - 1